AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |
|---|---|
| AMERON HOMES, INC., <br> a Florida corporation, <br> *Plaintiff(s)* <br><br> v. <br><br> T.Y.G. CONSULTING ENGINEERING, LLC, <br> a Florida limited liability company, and <br> JUSTO HERNANDEZ, an individual, and <br> BLANCA HERNANDEZ, an individual, <br> *Defendant(s)* | Civil Action No. <br><br> 24-CV-14123 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     T.Y.G. Consulting Engineering, LLC
By serving Registered Agent, Alexander Rojas
3921 New Valencia
Greenacres, Florida 33467

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Cleo I. Suero
Meredith Frank Mendez
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 24, 2024    _____

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| AMERON HOMES, INC.,<br>a Florida corporation, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| T.Y.G. CONSULTING ENGINEERING, LLC,<br>a Florida limited liability company, and<br>JUSTO HERNANDEZ, an individual, and<br>BLANCA HERNANDEZ, an individual, | ) ) ) ) ) | 24-CV-14123 |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Justo Hernandez
8376 100th Court
Vero Beach, Florida 32968

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cleo I. Suero
Meredith Frank Mendez
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Apr 24, 2024    _____

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| AMERON HOMES, INC.,<br>a Florida corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>T.Y.G. CONSULTING ENGINEERING, LLC,<br>a Florida limited liability company, and<br>JUSTO HERNANDEZ, an individual, and<br>BLANCA HERNANDEZ, an individual,<br><br>*Defendant(s)* | Civil Action No.<br><br>24-CV-14123 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Blanca Hernandez
8376 100th Court
Vero Beach, Florida 32968


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cleo I. Suero
Meredith Frank Mendez
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Apr 24, 2024

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court