**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

**CASE NO. 24-14123-CIV-CANNON**

**AMERON HOMES, INC.**,

    Plaintiff,

v.

**T.Y.G. CONSULTING ENGINEERING, LLC.,
JUSTO HERNANDEZ,**
and **BLANCA HERNANDEZ**,

    Defendants.

_____/

**ORDER REQUIRING COMBINED RESPONSES**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of April 2024.

                                                                   AILEEN M. CANNON
                                                                   UNITED STATES DISTRICT JUDGE

cc:    counsel of record