# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 2:24-CV-14123-AMC

Plaintiff:
**AMERON HOMES, INC., a Florida corporation**

vs.

Defendants:
**T.Y.G. CONSULTING ENGINEERING, LLC, a Florida limited liability company, and JUSTO HERNANDEZ, an individual, and BLANCA HERNANDEZ, an individual**

For:
Meredith Frank Mendez, Esq.
MALLOY & MALLOY, P.A.
2800 SW 3rd Avenue
Miami, FL 33129

Received by Civil Process LLC on the 30th day of April, 2024 at 2:40 pm to be served on **T.Y.G. Consulting Engineering, LLC, By serving Registered Agent, Alexander Rojas, 3921 New Valencia, Greenacres, FL 33467**.

I, Gerrick Moore, do hereby affirm that on the **30th day of April, 2024** at **3:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Alexander Rojas** as **Registered Agent** for **T.Y.G. Consulting Engineering, LLC,**, at the address of: **3921 New Valencia, Greenacres, FL 33467**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 43, Sex: M, Race/Skin Color: Hispanic, Height: 5'9", Weight: 190, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. 95.525 that I have read the foregoing and the facts stated herein are true. I am over the age of 18; have no interest in the above action; and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

/s/ Gerrick Moore
_____
**Gerrick Moore**
C.P.S. #1133

**Civil Process LLC**
**7350 NW 77th Street**
**Medley, FL 33166**
**(305) 375-9111**

Our Job Serial Number: CPP-2024000934
Ref: Ameron Homes, Inc. v. T.Y,.G. Consulting

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2u

