UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14123-CIV-CANNON

**AMERON HOMES, INC.**,

    Plaintiff,
v.

**T.Y.G. CONSULTING ENGINEERING, LLC.,
JUSTO HERNANDEZ,**
and **BLANCA HERNANDEZ**,

    Defendants.
_____/

## ORDER TO SERVE

**THIS CAUSE** comes before the Court upon a sua sponte examination of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons with a copy of the complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on April 23, 2024 [ECF No. 1]. The deadline to serve Defendants in this action is July 22, 2024, yet to date, only Defendant T.Y.G. Consulting Engineering, LLC has been served with process [ECF No. 6], and there is no indication that Defendants Justo Hernandez and Blanca Hernandez have been served.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before **July 22, 2024**, Plaintiff shall perfect service upon Defendants Justo Hernandez and Blanca Hernandez or show cause why the case should not be dismissed as to Defendants Justo Hernandez and Blanca Hernandez.

CASE NO. 24-14123-CIV-CANNON

2. **Failure to file proof of service or to show good cause by July 22, 2024, will result in the case being dismissed as to Defendants Justo Hernandez and Blanca Hernandez, without prejudice and without further notice.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of June 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2