UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

AMERON HOMES, INC.,
a Florida corporation,

    Plaintiff,

v.

T.Y.G. CONSULTING ENGINEERING, LLC,
a Florida limited liability company,
JUSTO HERNANDEZ, an individual, and
BLANCA HERNANDEZ, an individual,

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, AMERON HOMES, INC., by and through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(i), hereby files this notice of voluntary dismissal of this action without prejudice against Defendants JUSTO HERNANDEZ ("Mr. Hernandez") and BLANCA HERNANDEZ ("Mrs. Hernandez").

Respectfully submitted,

Dated: July 2, 2024

By: s/Vanessa Michaud
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502,235
mmendez@malloylaw.com
Cleo I. Suero
Florida Bar No. 1024675
csuero@malloylaw.com
Vanessa Michaud
Florida Bar No. 1025956
vmichaud@malloyaw.com
**MALLOY & MALLOY, P.L.**
2800 S.W. Third Avenue

Miami, Florida  33129
Telephone (305) 858-8000
Facsimile (305) 858-0008
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Vanessa Michaud
Vanessa Michaud