UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

AMERON HOMES, INC.,
a Florida corporation,

    Plaintiff,

v.

T.Y.G. CONSULTING ENGINEERING, LLC,
a Florida limited liability company,
JUSTO HERNANDEZ, an individual, and
BLANCA HERNANDEZ, an individual,

    Defendants.
_____/

### PLAINTIFF'S RESPONSE TO ORDER TO SERVE COMPLAINT

Plaintiff, AMERON HOMES, INC., by and through undersigned counsel, hereby responds to the Court's Order to Serve Complaint [D.E. 7] dated June 24, 2024 as follows:

Plaintiff has attempted to perfect service upon Defendants Justo Hernandez and Blanca Hernandez at multiple known addresses but Plaintiff's attempts have been unsuccessful. On July 2, 2024, Plaintiff filed a Notice of Voluntary Dismissal *without prejudice* against Defendants Justo Hernandez and Blanca Hernandez [D.E. 8].

                                        Respectfully submitted,

Dated: July 3, 2024                             s/Vanessa Michaud
                                                John Cyril Malloy, III
                                                Florida Bar No. 964,220
                                                jcmalloy@malloylaw.com
                                                Meredith Frank Mendez
                                                Florida Bar No. 502,235
                                                mmendez@malloylaw.com
                                                Cleo I. Suero
                                                Florida Bar No. 1024675
                                                csuero@malloylaw.com
                                                Vanessa Michaud

2

        Florida Bar No. 1025956
        vmichaud@malloyaw.com
        **MALLOY & MALLOY, P.L.**
        2800 S.W. Third Avenue
        Miami, Florida 33129
        Telephone (305) 858-8000
        Facsimile (305) 858-0008
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        s/ Vanessa Michaud
        Vanessa Michaud